1  Tanya E. Moore, SBN 206683
   MOORE LAW FIRM, P.C.
2  332 North Second Street
   San Jose, California  95112
3  Telephone (408) 298-2000
   Facsimile (408) 298-6046
4  Email: service@moorelawfirm.com

5  Attorney for Plaintiff,
   Gerardo Hernandez

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GERARDO HERNANDEZ, | No.  3:19-cv-04146-CRB |
| Plaintiff, | **STIPULATION FOR DISMISSAL OF ENTIRE ACTION** |
| vs. | |
| DOUBLE AA CORPORATION dba SAN MATEO BEACON; 910 BAYWOOD DRIVE, LLC, | |
| Defendants. | |

1   **IT IS HEREBY STIPULATED** by and between Plaintiff Gerardo Hernandez and
2   Defendants, Double AA Corporation dba San Mateo Beacon; and 910 Baywood Drive, LLC,
3   the parties to this action, that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the
4   above-captioned action is dismissed with prejudice in its entirety. Each party is to bear its own
5   attorneys' fees and costs.

7   Dated: October 31, 2019                MOORE LAW FIRM, P.C.

                                            */s/ Tanya E. Moore*
                                            Tanya E. Moore
                                            Attorney for Plaintiff,
                                            Gerardo Hernandez

    Dated: October 31, 2019                 STEYER LOWENTHAL BOODROOKAS
                                            ALVAREZ & SMITH LLP

                                            */s/ Dana M. Andreoli*
                                            Dana M. Andreoli
                                            Attorneys for Defendants,
                                            Double AA Corporation dba San Mateo Beacon;
                                            and 910 Baywood Drive, LLC

## ATTESTATION

Concurrence in the filing of this document has been obtained from each of the individual(s) whose electronic signature is attributed above.

                                            */s/ Tanya E. Moore*
                                            Tanya E. Moore
                                            Attorney for Plaintiff,
                                            Gerardo Hernandez